# PD-0226-15

NO. _____

\*\*

Robert Emmanuel Pigman

v.

**THE STATE OF TEXAS**

§
§
§
§
§
§

**IN THE COURT OF**

**CRIMINAL APPEALS**

**OF TEXAS**

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

### PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

**COMES NOW** the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and in support thereof would show to the Court the following:

1.     The style and appeal number in the ~~Dallas~~ Amarillo Court of Appeals is: Pigman v. The State of Texas, Appeal No. 07-14- 000428 -CR.

2.     The Appellant/Petitioner moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3(b), Texas Rules of Appellate Procedure, that requires the filing of eleven (11) copies of the Petition for Discretionary Review with the Court.

3.     The facts relied upon to show good cause for this request are, as follows: The Appellant is indigent and incarcerated and does not have access to a photo copier. The Appellant is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review.

**WHEREFORE, PREMISES CONSIDERED**, the Appellant/Petitioner respectfully requests that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review with the Court.

Respectfully submitted,

_[signature]_

[Name and Address]

1536 I H10 East
Fort Stockton Texas
79735

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the Office of the Criminal District Attorney for ~~Dallas~~ Randall County, ~~Frank Crowley Courts Building, 133 North Industrial Blvd., 11th Floor, Dallas, Texas 75207, and~~ mailed via U.S. mail, to the Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas 78711, on the 18TH day of February, 2015.

_[signature]_

[name]